**STATE of Missouri, Respondent,**

v.

**Henry Charles TURNER, Appellant.**

No. 26670.

Missouri Court of Appeals,
Kansas City District.

Feb. 4, 1974.

Willard B. Bunch, Public Defender, Sixteenth Judicial Circuit, Kansas City, for appellant.

John C. Danforth, Atty. Gen., G. Michael O'Neal, Asst. Atty. Gen., Jefferson City, for respondent.

Before DIXON, C. J., SHANGLER and WASSERSTROM, JJ.

PER CURIAM:

From a jury-waived conviction for robbery in the first degree and a sentence of seven years comes this appeal. Appellant's only point is that the showing of a single photograph to the victim of the crime was so prejudicial an identification procedure as to have tainted her in-court identification, and thereby, deprived appellant of his rights to due process of law.

This contention must be rejected as the record reveals an independent basis for the in-court identification, and nothing inherently suggestive in the showing of the single photograph. No prejudice has been disclosed from the pre-trial identification procedures; therefore, the victim's in-court identification was valid. State v. Parker, 458 S.W.2d 241 (Mo.1970); State v. McIntosh, 492 S.W.2d 843 (Mo.1973).

No error appearing, the judgment is affirmed. An opinion in this case would have no precedential value. Rule 84.16(b), V.A.M.R.

Judgment affirmed.